UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

| | | |
|---|---|---|
| RICHARD M. LETZELTER, | : | CASE NO. 1:17-CV-1160 |
| Plaintiff, | : | |
| vs. | : | ORDER DISMISSING CASE |
| | : | [Resolving Docs. 1, 12] |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 5, 2017, Plaintiff, Richard M. Letzelter filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's denial of benefits.[1] The Court referred the matter to Magistrate Judge George J. Limbert.

On January 11, 2018, Magistrate Judge Limbert issued a Report and Recommendation ("R&R") recommending that this Court dismiss Plaintiff's case in its entirety for failure to prosecute.[2] Objections to that R&R were due by January 25, 2018. Plaintiff Letzelter filed no objections.

Accordingly, in light of Plaintiff Letzelter's decision not to object to the R&R in this case and his failure to prosecute, the Court **ADOPTS** Magistrate Judge's R&R, incorporates it as if fully restated herein, and **DISMISSES** plaintiff's complaint. This action is terminated under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated: February 2, 2018          *s/ James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE

---

[1] Doc. 1.
[2] Doc. 12.